Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127
(408) 926-7224

Plaintiff

FILED
2010 JAN 25  A 11: 28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Erik Estavillo,                        )
                                       )  C10-00332 HRL
            Plaintiff,                 )  Complaint
                                       )
vs.                                    )  Date: January 25th, 2010
                                       )
Gamespot.com, IGN.com, G4TV.com,       )
Gameinformer.com, 1UP.com, Joystiq.com,)
Kotaku.com, Gaygamer.com, QJ.net,      )
Sarcasticgamer.com, Mmorpg.com, NBC, FOX,)
and DepecheMode.com                    )
                                       )
            Defendants.                )
                                       )

1. **Jurisdiction**. The counts in this complaint involve the U.S. Constitution and other Federal statues and laws, or treaties (28 U.S.C. § 1331). More specifically having to do with journalistic libel (written defamation and journalistic misrepresentation of the facts), on a national level.

2. **Venue**. The venue is appropriate in this court because the disabled plaintiff resides in San Jose, California and is unable to travel to all the jurisdictions in which the multiple defendants reside.

3. **Intradistrict Assignment**. This lawsuit should be assigned to the San Jose Division of this court because it was in San Jose that the violations to the disabled plaintiff occurred.

1. In this complaint, the plaintiff Erik Estavillo, wishes to charge all of the defendants with libel (articles that contain defamation and/or articles that are not true and misrepresent the facts).

2. All of the defendants listed in this complaint have written articles about the plaintiff, Erik Estavillo. All articles have been saved to Mr. Estavillo's hard drive for future reference and as evidence at trial to prove libel/defamation.

3. Many of the articles are full of intended insults to the plaintiff. However, there are two other sites that wrote articles about Mr. Estavillo; but the articles were fair and neutral in Mr. Estavillo's eyes. These sites include Gamepolitics.com and EscapistMagazine.com. Since these sites were "fair" in their journalism, Mr. Estavillo doesn't wish to sue/charge these two sites with any wrong-doing.

4. It should be noted that two other sites are being charged with worker discrimination by Mr. Estavillo.. These sites include QJ.net and Sarcasticgamer.com. Erik Estavillo was in talks with both sites for a simple internship in which he wouldn't be paid. Mr. Estavillo isn't looking for a job, but rather an internship with a gaming website so he can write articles on his computer at home and send them via email to the editors of these sites. Emails were exchanged and both sites confirmed that Mr. Estavillo would be hired. But after a week of silence from both sites, Mr. Estavillo had to contact both sites again and ask what was going on. Mabie of QJ.net stated that Mr. Estavillo didn't "have what it takes" to write there. And Sarcasticgamer.com told Mr. Estavillo , after a week, that they didn't want him after all. This would be all okay if both sites had not led Mr. Estavillo on for a week, making him believe he was hired. Emails from both sites have been saved on Mr. Estavillo's hard drive as future evidence for trial portraying discrimination against a disabled person.

5. DepecheMode.com is being charged, not just for defamation, but also for barring Mr. Estavillo from expressing himself in their forums via his First Amendment Right. He was banned instantly for a simple post he posted on the depechemode.com message board. However, Estavillo feels DepecheMode.com should be charged the same damages, which are listed below.

6. **Prayer for Relief:** Erik Estavillo hopes the court can grant him justice by charging each site listed with libel/defamation at the price of $10,000 per article that was written ingenuously against Mr. Estavillo. All articles will be presented to the judge at the first case management conference. Lastly, Mr. Estavillo asks that depechemode.com un-ban him from their message board and that each message board "thread" that is intended for harm and libelous against Mr. Estavillo, have a punitive damage charge of $5,000 per thread. Sites that have these harmful "threads" are depechemode.com, mmorpg.com, and IGN.com. Total damages will exceed $75,000. Plaintiff demands a jury on all issues.