FILED

Clear Form

2010 JAN 25  A 11: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CALIFORNIA

ADR

OHHL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Erik Estavillo

Plaintiff,

vs.

Multiple Sites

Defendant.

CASE NO. C 10 - 00332 HRL

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Erik Estavillo declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                        Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1   and wages per month which you received.

2   _____

3   _____

4   _____

5   2.     Have you received, within the past twelve (12) months, any money from any of the

6   following sources:

7        a.     Business, Profession or          Yes ____ No X

8               self employment?

9        b.     Income from stocks, bonds,       Yes ____ No X

10              or royalties?

11       c.     Rent payments?                   Yes ____ No X

12       d.     Pensions, annuities, or          Yes ____ No X

13              life insurance payments?

14       e.     Federal or State welfare payments,   Yes X No ____

15              Social Security or other govern-

16              ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  ____SSA = $ 600    SSI $ 200_____

20  _____

21  3.     Are you married?                      Yes ____ No X

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.     a.     List amount you contribute to your spouse's support:$ _____

27         b.     List the persons other than your spouse who are dependent upon you for support

28                and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?          Yes _____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?                    Yes _X_ No _____

Make _Acura_____ Year _1998____ Model _Integra_____

Is it financed? Yes _____ No _X_ If so, Total due: $_____

Monthly Payment: $ _____

7.      Do you have a bank account?  Yes _X_ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _Soon to be Closed_____

_____

Present balance(s):  $ _− 600_____

Do you own any cash?  Yes _X_ No _____ Amount:  $ _− 600_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                      Yes _____  No _X_

_____

8.      What are your monthly expenses?

Rent:  $ _200_____ Utilities: _50_____

Food:  $ _350_____ Clothing: _Ø_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Chase | $ 145 | $ 7,000 |
| Chase | $ 75 | $ 2,000 |
| Discover | $ 100 | $ 5,200 |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_Yes  Shell = $800   Venue = $1,500_____

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____ No ⨉

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Jan, 25th 2010                    Erik Estrella
DATE                              SIGNATURE OF APPLICANT