NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO, | No. C10-00332 HRL |
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTION TO DISMISS** |
| v. | |
| GAMESPOT.COM, et al., | |
| Defendants. | |

On January 29, 2010, plaintiff filed a "Motion to Dismiss" this action. The court construes the motion as a notice of voluntary dismissal. Accordingly, no hearing is required, and the Clerk of the Court shall close the file.

Dated: February 5, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | 5:10-cv-00332-HRL Notice mailed to:

2 | Erik Estavillo
3284 Cortese Circle
3 | San Jose, CA 95127